THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OCLC, Inc.

v.

Clarivate, Plc, et al.

Case No. 2:22-cv-2470
Judge: James L. Graham
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Plaintiff OCLC, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ___ YES   ✔ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   _____
   _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES   ✔ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.

   _____
   _____
   _____

/s/ Traci L. Martinez                        June 13, 2022
Signature of Counsel                         Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

On June 13, 2022, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties. Additionally, this document was sent by email to the following counsel for Defendant and will be served upon the parties with the summons and complaint in this matter:

> Brian S. Weinstein
> Davis Polk & Wardell LLP
> 450 Lexington Avenue
> New York, New York  10017
> brian.weinstein@davispolk.com
>
> Ashok Ramani
> Davis Polk & Wardell LLP
> 1600 El Camino Real
> Menlo Park, California  94025
> ashok.ramani@davispolk.com

/s/ *Traci L. Martinez*
One of the Attorneys for Plaintiff