# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | **Case No. 2:22-cv-2470-JLG-KAJ** |
| Plaintiff, | **Judge James L. Graham** |
| v. | **Magistrate Judge Kimberly A. Jolson** |
| **CLARIVATE, PLC; CLARIVATE ANALYTICS (US) LLC; PROQUEST LLC; and EX LIBRIS (USA), INC.,** | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Traci L. Martinez of Squire Patton Boggs (US) LLP hereby enters her appearance as Trial Attorney for Plaintiff OCLC, Inc., and requests that all further notices, orders, or other items required to be served be sent to the undersigned.

Dated: June 13, 2022

Respectfully submitted,

/s/*Traci L. Martinez*
Traci L. Martinez (0083989), Trial Attorney
Jeffrey M. Walker (0096567)
Kathryn M. Brown (0100426)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499
traci.martinez@squirepb.com
jeffrey.walker@squirepb.com
kathryn.brown@squirepb.com

Attorneys for Plaintiff OCLC, Inc.

2

## CERTIFICATE OF SERVICE

On June 13, 2022, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties. Additionally, this document was sent by email to the following counsel for Defendant and will be served upon the parties with the summons and complaint in this matter:

    Brian S. Weinstein
    Davis Polk & Wardell LLP
    450 Lexington Avenue
    New York, New York  10017
    brian.weinstein@davispolk.com

    Ashok Ramani
    Davis Polk & Wardell LLP
    1600 El Camino Real
    Menlo Park, California   94025
    ashok.ramani@davispolk.com

    /s/*Traci L. Martinez*
    One of the Attorneys for Plaintiff