# Exhibit D

15 DECEMBER 2015       News Releases,  ,

# ProQuest Completes Acquisition of Ex Libris

## ProQuest, an information solutions provider central to global research, has completed its acquisition of Ex Libris Group.



ANN ARBOR, MI, and JERUSALEM, Israel, Decemeber 15, 2015 – **ProQuest**, an information solutions provider central to global research, **has completed its acquisition of Ex Libris Group**, a leading global provider of cloud-based solutions for higher education. The businesses' complementary assets are being integrated, enabling **existing services to be enhanced and sparking the creation of all-new solutions that will help libraries seize opportunities in rapidly changing technology, content, and user environments**.

"This is a momentous day for our company as we officially welcome Ex Libris and its talented team to ProQuest," **said Kurt Sanford, ProQuest CEO**. "We are bringing together a truly unique, expansive combination of capabilities and assets that will also accelerate innovation of new services to address libraries' most pressing challenges."

ProQuest has formed a new business unit — **Ex Libris, a ProQuest Company –** which will continue to support the broad selection of products that customers depend on, including **Alma, Aleph, bX, Intota, Primo, Rosetta, SFX, SIPX, Summon, 360 Link, Voyager,** and the newly launched **Leganto** reading-list solution and **campusM** mobile campus solution. The Ex Libris business unit is led by **Matti Shem-Tov**, reporting to Mr. Sanford and supported by a team comprised of both Ex Libris management and **ProQuest Workflow Solutions** management.

"Ex Libris has an impressive record of innovation and growth, and throughout its long history has nurtured close relationships with our broad customer community," remarked Mr. Shem-Tov. "These strong ties with our customers around the world will be enriched by combining our strengths with ProQuest's unparalleled resources and expertise."

ProQuest and its new Ex Libris business unit will continue their longstanding commitment to openness and collaboration with other organizations, including **OCLC, Google, Gale Cengage Learning, HARRASSOWITZ,** and **YBP/EBSCO**.

"We're excited to have Ex Libris join ProQuest and welcome its proven track-record of innovation on behalf of libraries," **said Andrew Snyder, ProQuest Chairman and CEO of Cambridge Information Group**. "Organized in the new business unit, Ex Libris, a ProQuest company, will build on and create groundbreaking library services, bringing additional value to our customers and the broader industry."

Read more about how ProQuest and Ex Libris will be better together: http://bit.ly/PQandExL.

**About Ex Libris** (http://www.exlibrisgroup.com)

Ex Libris is a leading global provider of cloud-based solutions for higher education. Offering SaaS solutions for the management and discovery of the full spectrum of library and scholarly materials, as well as mobile campus solutions driving student engagement and success, Ex Libris serves over 5,600 customers in 90 countries. 43 of the top 50 universities worldwide and over 40 national libraries deploy Ex Libris solutions to create a unified platform for both the management and discovery of library resources.

**About ProQuest** (http://www.proquest.com)

ProQuest connects people with vetted, reliable information. Key to serious research, the company's products are a gateway to the world's knowledge

including dissertations, governmental and cultural archives, news, historical collections and ebooks. ProQuest technologies serve users across the critical points in research, helping them create and share knowledge on complex issues.

The company's cloud-based technologies offer flexible solutions for librarians, students and researchers through the ProQuest®, Bowker®, Coutts® information services, Dialog®, ebrary®, EBL™, and SIPX® businesses – and notable research tools such as the Summon® discovery service, the RefWorks® citation and reference management platform, MyiLibrary® ebook platform, the Pivot® research development tool and Intota™. The company is headquartered in Ann Arbor, Michigan, with offices around the world.



ProQuest is committed to empowering researchers and librarians around the world. The company's portfolio of assets - including content, technologies, and deep expertise - drives better research outcomes for users and greater efficiency for the libraries and organizations that serve them.

| Our Company | Our Values | Our Other Brands | About |
|---|---|---|---|
| Who We Are | Diversity & Inclusion | Ex Libris | Publishers |
| Leadership | Accessibility | Innovative | Blogs |
| Locations | Privacy | Alexander Street | Support |
| News Releases | Slavery Act Statement | Dialog Solutions | |
| Events | | | |
| Careers | | | |

Privacy   Terms of Use   Translation Disclaimer   Cookie Statement   Cookie Preferences

The material available on this website is the intellectual property of ProQuest LLC and its licensors.
© Copyright 2022 ProQuest LLC. All Rights Reserved

