# Exhibit J

# MetaDoor - The Open Metadata Platform



# Agenda



- Metadata in libraries today
- MetaDoor overview
  - MetaDoor Pillars
  - MetaDoor Components
- Demo
  - Open Web Interface
  - MetaDoor in MD Editor
  - Automatic Enrichment Process
- MetaDoor and Community Zone
- MetaDoor tracks
  - Development Track
  - Metadata Track





# Metadata has always been important to making collections discoverable

20
1520
1920
2020

© 2022 Ex Libris | Confidential & Proprietary



# Metadata has become even more critical for discoverability of the today's variety and volume of materials

© 2022 Ex Libris | Confidential & Proprietary



# It is impossible to handle such vast amount of resources in the existing technology and workflows

Inefficient processes

Not scalable

Limited discoverability

© 2022 Ex Libris | Confidential & Proprietary



# MetaDoor –
# The metadata ecosystem of the future



# The metadata platform of the future

**Community Based**

**Free**

**Efficient**

**Discoverable**

© 2022 Ex Libris | Confidential & Proprietary



# A Revolutionary Community Platform

## KEY COMPONENTS

Community records

Global index

Preferred Record Service

Open platform via APIs and Web interface

Automated workflows

© 2022 Ex Libris | Confidential & Proprietary



# Metadata sources

## National Libraries

## Participating Institutions

Potential of Alma institutions:
2,322 institutions
2,151,669,782 records
275,021,737 unique titles

## Alma Community Zone





© 2022 Ex Libris | Confidential & Proprietary

ExLibris
Part of **Clarivate**

Case: 2:22-cv-02470-JLG-KAJ Doc #: 5-9 Filed: 06/13/22 Page: 12 of 36 PAGEID #: 214

# All sources are linked to a single global title



© 2022 Ex Libris | Confidential & Proprietary

# Every library can get their preferred record

## Preferences

Specify your preferences based on record attributes or sources to get your ideal bibliographic record

## Score algorithm

Calculating a 'global' score to all records



## Preferred record service:
No one record suits all, but there is one that suits you

© 2022 Ex Libris | Confidential & Proprietary



# Open and Free Platform to the World







© 2022 Ex Libris | Confidential & Proprietary



# Open Web Interface



**Demo**



© 2022 Ex Libris | Confidential & Proprietary

# Unification and Simplification of Library Workflows

**Efficient process for new items:**

- Download high-quality records from the platform
- Automatically enrich newly created records



**Improvement of existing records:**

Automatic recommendations to propose metadata enrichment for your collection

Taking the stress out of finding metadata
Creating time to focus on special and unique materials

© 2022 Ex Libris | Confidential & Proprietary





# MetaDoor Option in Alma MD Editor

**Demo**

New ability to enrich records from MetaDoor sources in MD Editor:

© 2022 Ex Libris | Confidential & Proprietary

ExLibris
Part of Clarivate

# MetaDoor Enrichment Profiles

- Enrichment profiles determine the institution preferences and settings in the manual and automatic workflows

- Each profile specifies:

  - The set of the records based on resource type or other criteria

  - The preference rules

  - Normalization rules and Merge routines

  - Automatic enrichment modes



© 2022 Ex Libris | Confidential & Proprietary



# MetaDoor Enrichment Profiles

< Manage Metadoor Enrichment Profiles (1-3 of 3)

⊕ Add profile    Delete select    ▷    ☰▾

| | | | |
|---|---|---|---|
| 1 ☐ | **Print books**<br>Created 08/03/2021 | Enriching print books by MetaDoor records with LCSH authority and RDA format. | |
| 2 ☐ | **Music items**<br>Created 02/05/2021 | Enriching music items by MetaDoor records from xxx source. | |
| 3 ☐ | **Default profile**<br>Created 09/03/2021 | Generic setup for all the other bibliographic records. | |

Duplicate   •••   ▴ ▾ ✕

## Print books
Enriching print books by MetaDoor records with LCSH authority and RDA format.

**Bibliographic records**   ⌄

Select the indication rule from the list to define the set of bibliographic records for this profile. You can also add new or edit indication rule.

◉ Select resource type ▾      ○ Select indication rule ▾

**Preferences**   ⌄

Define up to 4 preference rules with the relevant criteria. MetaDoor will retrieve a preferred record based on the order of the rules, when the first rule get the highest priority.

| | Order | Name | Description | Date Created | |
|---|---|---|---|---|---|
| | 1 | Best record | Records with LCSH authority, RDA format and PCC indication | 02/09/2021 | ••• |
| | 2 | Priority 2 | Records with LCSH authority | 02/09/2021 | |

⊕ Add Preferences

**Enrichment Options**   ⌄

Select a normalization rule to be applied before merging. Select a merge method to combine MetaDoor record with institution's record. Note that institution's record is considered 'primary' and MetaDoor record is 'secondary'.

Select Normalization rule ▾        Select Merge Method ▾

**Automatic Enrichment**   ⌄

○ None    ○ Mediated    ◉ Automated



# MetaDoor Automatic Enrichment Process

New MetaDoor Automatic Enrichment process to enrich new records loaded to Alma via import profiles.



## Import Records

Ongoing Import Profiles are running, loading new records into Alma



## Automatic Enrichment Process

- Enrichment process locates all new records
- The process tries to enrich the records based on institution profiles



## MetaDoor Enrichment Control

- New page reflects the enrichments done by the process
- Ability to manage records waiting for mediation

© 2022 Ex Libris | Confidential & Proprietary



# MetaDoor Automatic Enrichment Process

- There are 3 enrichment modes:
  - Automated – **enriching** the records automatically from MetaDoor preferred record
  - Mediated – **suggesting** MetaDoor preferred record to enrich institutional records
  - None – **no** attempt to enrich the records

© 2022 Ex Libris | Confidential & Proprietary



**Demo**

# MetaDoor Enrichment Control Page

- New page reflects the enrichment done by the process
  - View all the records managed by the process and the outcome
  - Ability to manage records waiting for mediation



© 2022 Ex Libris | Confidential & Proprietary

21

Libris.
Part of **Clarivate**

# MetaDoor and Community Zone - Complementary solutions



## Alma CZ

Electronic Resource Management Provides services like Collection management, metadata records, link resolving and more





MetaDoor
Open Metadata Platform

Provides high quality metadata in an efficient, simple and automatic way



Complete Solution to the entire library collection

© 2022 Ex Libris | Confidential & Proprietary



# MetaDoor Tracks

**MetaDoor**
Open Metadata Platform

## Functional track

Working with Development Partners

## Metadata track

Getting enough consents from customers

Both tracks are mandatory for General Availability

© 2022 Ex Libris | Confidential & Proprietary





# Functional track

**Working with Development Partners**

© 2022 Ex Libris | Confidential & Proprietary



# MetaDoor - Development Partners

















© 2022 Ex Libris | Confidential & Proprietary



2

# Our Development Partners are Saying...

We expect a huge improvement in metadata quality through the applied algorithms and the score which will consider preferences of an individual library. Since Switzerland is having 4 national languages, the aspect of multilingual features in Metadoor is key for us.



The MetaDoor initiative provides us with an additional opportunity to share the metadata we create with other libraries in a highly efficient, cost-effective way.  The more we all share, the more we all benefit!

**SMU.**

MetaDoor will give us the opportunity to share our expertise and cataloging records with other ExLibris users and with the global community. MetaDoor will make our copy cataloging workflows more effective and efficient, and simpler.



MetaDoor Supports our institutional commitment to open metadata and sharing and supports our new Libraries Strategic Plan in exploring potential organizational efficiencies while supporting five distinct campus needs.

UNIVERSITY
OF MINNESOTA

© 2022 Ex Libris | Confidential & Proprietary





# Metadata track

## Getting consent from customers

## The more we all share, the more we all benefit!

© 2022 Ex Libris | Confidential & Proprietary



# Metadata Principles

Available to <u>any</u> library free of charge

Ex Libris does not claim ownership of shared records

Ex Libris does not alter or merge these shared records

MetaDoor is not a repository. Shared records will be provided in real time directly from the Alma customer environment

The records will be shared under library-designated license types (CC0, CC-BY-NC, or other common license types), allowing records to be copied and shared in original or modified form by other libraries and institutions



These principles will enable you to share your records in MetaDoor

© 2022 Ex Libris | Confidential & Proprietary

ExLibris
Part of **Clarivate**

2

# Ability to Exclude Certain Records from Sharing

MetaDoor provides the ability for contributors to suppress certain set of records from sharing

- New 'Suppress from MetaDoor' tag will be available in the following areas:
  - Update of single record in **MD Editor**
  - Batch update in **'Set Management Tags' job**
  - Update new records in **Import Profile**
  - Ability to **search** by 'Suppress from MetaDoor' tag

© 2022 Ex Libris | Confidential & Proprietary



# Suppress Single Record in MD Editor

New option to update single record in MD Editor to be suppressed from MetaDoor

© 2022 Ex Libris | Confidential & Proprietary

ExLibris Part of Clarivate



# Suppress Batch of Records in 'Set Management Tags' Job

New option within the 'Set Management Tags' job to mark set of records as suppressed from MetaDoor

© 2022 Ex Libris | Confidential & Proprietary

ExLibris
Part of Clarivate



Case: 2:22-cv-02470-JLG-KAJ Doc #: 5-9 Filed: 06/13/22 Page: 33 of 36 PAGEID #: 235

# Update New Records in Import Profiles

New option in Manage Import Profiles to suppress imported records from MetaDoor.



© 2022 Ex Libris | Confidential & Proprietary

# Normalize Records Before Sharing

- MetaDoor provides the ability to normalize the records before sharing in MetaDoor
- MetaDoor uses the existing option of normalize on Z39.50/SRU search.

| | Active | Name | Description | Contributed by | |
|---|---|---|---|---|---|
| 132 | ⬤ | LDR/008/007 change # to blanks | LDR/008/007 change # to blanks | - | ... |
| 133 | ⬤ | Marc21 Bib Initial Normalization | Initial normalization for Marc21 Bib record | - | ... |
| 134 | ⬤ | Marc21 Bib normalize on save | Normalize Marc 21 Bib while saving | - | ... |
| 135 | ⬤ | Marc21 Bib normalize on save + Remove 9** fields | Normalize Marc 21 Bib while saving and remove 9** fields for OCLC export | - | ... |
| 136 | ⬤ | Marc21 Bib normalize on Z39.50/SRU search | Normalize BIB when searching my institution using Z39.50/SRU server | - | ... |
| 137 | ⬤ | Marc21 Bib Re-sequence | Marc21 Bib Re-sequence | - | ... |
| 138 | ⬤ | Marc21 Bib Re-sequence And Clear empty fields | Marc 21 Bib Re-sequence and clear empty fields | - | ... |

Profile Details — Back



# LET'S OPEN UP THE COMMUNITY

## JOIN BY SHARING YOUR RECORDS

For more information contact
MetaDoor_info@exlibrisgroup.com

© 2022 Ex Libris | Confidential & Proprietary



# Thank You!

**MetaDoor_info@exlibrisgroup.com**

