# Exhibit K

Case: 2:22-cv-02470-JLG-KAJ Doc #: 5-10 Filed: 06/13/22 Page: 2 of 3 PAGEID #: 240

# [Wactclc-alma] FW: Introducing MetaDoor -from Ex Libris/ProQuest

**Guidry, Wade** *WadeG at bigbend.edu*
*Thu Mar 10 16:40:49 PST 2022*

- Previous message (by thread): [Wactclc-alma] FW: Introducing MetaDoor -from Ex Libris/ProQuest
- Next message (by thread): [Wactclc-alma] FW: Introducing MetaDoor -from Ex Libris/ProQuest
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

I guess ProQuest read my bullet point idea about an "OCLC-less library" 😊

Just to add, Innovative Interfaces (now a part of ProQuest, which is now owned by Clarivate) has had their own shared bibliographic repository for many years, currently called SkyRiver: Library Database Management | Library Metadata Management | iii.com<https://www.iii.com/products/skyriver/>

Metadoor could be a repackaging of SkyRiver for ProQuest customers, or is somehow related.

I believe SkyRiver is an separately licensed III offering. So Metadoor could be a gateway drug into additional pay-to-use metadata.

But all just a guess.


Wade Guidry
Library Consortium Services Manager, WACTCLC
wadeg at bigbend.edu<mailto:wadeg at bigbend.edu>
(509) 760-4474
http://www.wactclc.org<http://www.wactclc.org/>

From: Wactclc-alma <wactclc-alma-bounces at lists.ctc.edu> On Behalf Of Thomas, Kirsti
Sent: Thursday, March 10, 2022 4:04 PM
To: WACTCLC Alma Discussion <wactclc-alma at lists.ctc.edu>
Subject: Re: [Wactclc-alma] FW: Introducing MetaDoor -from Ex Libris/ProQuest

CAUTION: Originated outside our network. Do not click links or open attachments unless you validate the sender.


Amy,

I also get the impression from the flyer that the product is in competition with OCLC WorldCat.

Looking at the Consent form, it does operate on a slightly different model than WorldCat.

Instead of having a central database where records are stored, it functions more like the old Z39.50 tools where you could search for a record in another library's ILS and download a copy into your own system, and vice versa.

It looks like it only works for Alma customers at this point.  OCLC WorldCat is ILS-neutral.

There's also a potential catch for participating libraries who are also OCLC members-- while we have the right to do what we like with bibliographic records created by our own individual institutions (especially since the CTC libraries are all state agencies and the individual records we create probably count as public domain works), we may not have the right to share bibliographic records we got from WorldCat that were created by *other* libraries.

See WorldCat Rights and Responsibilities for the OCLC Cooperative policy:
https://www.oclc.org/en/worldcat/cooperative-quality/policy.html

Out of the roughly 5000 volumes we purchase every year, only 2-3 have original catalog records that we create ourselves.

Trying to identify which records in our Alma system are eligible for sharing sounds to me like a lot of work for not much direct benefit at this point it time.

It will be ok!

Kirsti S. Thomas
Library Technical Services Manager
Seattle Colleges
kirsti.thomas at seattlecolleges.edu<mailto:kirsti.thomas at seattlecolleges.edu>



From: Wactclc-alma <wactclc-alma-bounces at lists.ctc.edu<mailto:wactclc-alma-bounces at lists.ctc.edu>> On Behalf Of Herman, Amy
Sent: Thursday, March 10, 2022 12:40
To: WACTCLC Alma Discussion <wactclc-alma at lists.ctc.edu<mailto:wactclc-alma at lists.ctc.edu>>
Subject: [Wactclc-alma] FW: Introducing MetaDoor -from Ex Libris/ProQuest

Direct from our ProQuest rep… I assume others also got this email but in case you didn't.  This is the first I've heard of it. Is this a run at competing with OCLC??

Amy Herman
Library Faculty | Olympic College
1600 Chester Avenue | Bremerton, WA 98337
aherman at olympic.edu<mailto:aherman at olympic.edu> | 360-475-7256



From: Dana Ouellette <Dana.Ouellette at proquest.com<mailto:Dana.Ouellette at proquest.com>>
Sent: Thursday, March 10, 2022 11:14 AM
To: Herman, Amy <aherman at olympic.edu<mailto:aherman at olympic.edu>>
Subject: [EXTERNAL] - Introducing MetaDoor -from Ex Libris/ProQuest

CAUTION: This email came from a non-OC system or external source. Beware of phishing and social engineering!

Hello Amy,
As an Alma customer, you may be interested in knowing about MetaDoor! MetaDoor is Ex Libris' new open metadata platform which is designed to streamline

```
and simplify library metadata workflows. MetaDoor will enable shared metadata for catalogers around the world and ultimately move us to the Linked Data
future that you expect. Learn more from the attached PDF. If you would be willing to share your bibliographic records, then review the attached Word doc.
If you have questions or for more information, contact MetaDoor_info_at_exlibrisgroup.com<mailto:MetaDoor_info_at_exlibrisgroup.com>.
+++

Feel free to use if you don't want to recreate the wheel.

Have a great day!

Best,

Dana

Dana Ouellette
Account Manager, Community Colleges & Special Markets

T (734) 997-6850
E: dana.ouellette_at_proquest.com<mailto:dana.ouellette_at_proquest.com>

proquest.com<https://nam04.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fabout.proquest.com%2Fen%2F&data=04%7C01%7C%7Cb40f90c024a94b160b9e08da02d64ef7%7C02d8ff38d7114e31a9156cb5cff788df%7C0%7C0%7C6378254171890(

clarivate.com<https://nam04.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.clarivate.com%2F&data=04%7C01%7C%7Cb40f90c024a94b160b9e08da02d64ef7%7C02d8ff38d7114e31a9156cb5cff788df%7C0%7C0%7C637825417189009803%7(


[cid:image001.jpg_at_01D8349D.9910BB30]

CAUTION: This email originated outside of the Seattle Colleges' email system. Do not click links or open attachments unless you recognize the sender and
know the content is safe. Questions? Contact IT Services at x6333 (Central), x3630 (North), x5844 (South) or email ITHelp_at_
seattlecolleges.edu<mailto:ITHelp_at_seattlecolleges.edu>.

-------------- next part --------------
An HTML attachment was scrubbed...
URL: <http://lists.ctc.edu/pipermail/wactclc-alma_lists.ctc.edu/attachments/20220311/7641fcd0/attachment.html>
-------------- next part --------------
A non-text attachment was scrubbed...
Name: image001.jpg
Type: image/jpeg
Size: 3751 bytes
Desc: image001.jpg
URL: <http://lists.ctc.edu/pipermail/wactclc-alma_lists.ctc.edu/attachments/20220311/7641fcd0/attachment.jpg>
```

- Previous message (by thread): [Wactclc-alma] FW: Introducing MetaDoor -from Ex Libris/ProQuest
- Next message (by thread): [Wactclc-alma] FW: Introducing MetaDoor -from Ex Libris/ProQuest
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

More information about the Wactclc-alma mailing list