# Exhibit M



April 13, 2020

Sent via e-mail to: *Kevin A. Norris – General Counsel ProQuest*

ExLibris
A ProQuest Company
Kevin.Norris@proquest.com

RE:     OCLC WorldCat Records in Alma Community and Network Zones

Kevin,

I am writing to address a matter involving the use of OCLC WorldCat records in Ex Libris systems and to put Ex Libris on notice to cease and desist any activities which interfere with the contractual obligations between OCLC and its member libraries.  We have learned that the project plan for FALSC's implementation of ExLibris Alma calls for the loading of WorldCat records to the Alma Network Zone, where those records would be made available to WorldCat subscribers and non-subscribers alike.  This action would create a situation where FALSC institutions would be violating their contractual obligations to OCLC.

We have reminded FALSC libraries of their obligation to preserve the viability of WorldCat by not making WorldCat records available to libraries without an OCLC cataloging subscription and that such activities amount to a "mass distribution" of WorldCat records, in violation of OCLC members' contractual obligations.

In recommending to OCLC's customers that they load OCLC records to such Ex Libris systems or supporting such activities, you are inducing our customers to violate their contractual obligations with OCLC. OCLC requests Ex Libris immediately cease providing such advice and/or supporting these activities. We will continue to monitor this situation and take additional steps to preserve the viability and value of WorldCat to all OCLC member libraries.  Please feel free to reach out to me if you have any questions about this matter.

Sincerely,

Julie Presas
VP & General Counsel