# Exhibit N



May 19, 2022

Jaspal Chahal, Chief Legal Officer and General Counsel
Clarivate, PLC
Friars House
160 Blackfriars Road
London SE1 8EZ, United Kingdom

RE:     OCLC WorldCat Records

Ms. Chahal,

I am writing to address a matter involving a product manager job posting with Ex Libris, a Clarivate company ("Ex Libris").  The posting indicates that the Ex Libris product manager "will be responsible for getting consent from customers to share their catalog records through the MetaDoor platform."  The purpose of this communication is to put Ex Libris on notice to cease and desist any activities that involve interfering with and/or encouraging WorldCat subscribers to violate their contractual obligations to OCLC relating to the use of OCLC WorldCat records.

### Ex Libris' Potential Tortious Interference

If an Ex Libris product manager or any Ex Libris employee or agent undertakes the job responsibilities noted above, this action would likely amount to Ex Libris encouraging OCLC member institutions to violate their contractual obligations to OCLC, including failing to enter into separate agreements whereby OCLC must authorize – in writing – any use, transfer, or aggregation of WorldCat data when used in this manner.  By recommending to OCLC's customers that they load OCLC WorldCat records to such Ex Libris systems or supporting such activities, you are inducing our customers to violate their contractual obligations with OCLC causing OCLC significant, immediate, and irreparable harm.  <u>OCLC requests Clarivate/Ex Libris immediately cease encouraging and/or supporting these job activities.</u>

To this end, we have also reminded OCLC member libraries of their obligation to preserve the viability of WorldCat and that providing WorldCat records to libraries without an OCLC cataloging subscription is a violation of OCLC members' contractual obligations.

### Ex Libris' Potential Anticompetitive Conduct

The misappropriation and potential use of OCLC's WorldCat records by Ex Libris likewise raises serious competition concerns under both federal and state antitrust laws.  This is particularly true given OCLC's understanding that Ex Libris intends to build its MetaDoor platform using OCLC's records and then offer MetaDoor to its existing customers free of charge that is likely to be substantially below the cost needed to provide such services to its customers.   Such conduct, when taken together with Ex Libris's dominant market position in providing library management services, would significantly diminish OCLC's ability to remain competitively viable and result in substantial harm to competition in the market.   Again, OCLC requests Clarivate/Ex Libris immediately cease encouraging and/or supporting these job activities.

We will continue to monitor this situation very closely and pursue all legal remedies available to OCLC to preserve the viability and value of WorldCat to all OCLC member libraries.  We also request that Ex Libris preserve all records related to any efforts it has or is planning to take relevant to the activities outlined above.  This includes written and electronic documents and communications (email, texts, memorandums, instant messaging, notes, etc.) internal to Ex Libris (and any of its affiliated entities) and/or external to any other third party.

Please feel free to reach out to me if you have any questions about this matter.

Sincerely,

*Julie Presas*

Julie Presas
OCLC Vice President & General Counsel

c:  Jerre Stead**,** Executive Chair and Chief Executive Officer