# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | **Case No. 2:22-cv-2470-JLG-KAJ** |
| Plaintiff, | **Judge James L. Graham** |
| v. | **Magistrate Judge Kimberly A. Jolson** |
| **CLARIVATE, PLC; CLARIVATE ANALYTICS (US) LLC; PROQUEST LLC; and EX LIBRIS (USA), INC.,** | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jeffrey M. Walker of Squire Patton Boggs (US) LLP hereby enters his appearance as additional Counsel for Plaintiff OCLC, Inc., and requests that all further notices, orders, or other items required to be served be sent to the undersigned.

Dated: June 13, 2022

Respectfully submitted,

/s/ *Jeffrey M. Walker*
Traci L. Martinez (0083989), Trial Attorney
Jeffrey M. Walker (0096567)
Kathryn M. Brown (0100426)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499
traci.martinez@squirepb.com
jeffrey.walker@squirepb.com
kathryn.brown@squirepb.com

Attorneys for Plaintiff OCLC, Inc.

**CERTIFICATE OF SERVICE**

On June 13, 2022, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.  Additionally, this document was sent by email to the following counsel for Defendant and will be served upon the parties with the summons and complaint in this matter:

> Brian S. Weinstein
> Davis Polk & Wardell LLP
> 450 Lexington Avenue
> New York, New York  10017
> brian.weinstein@davispolk.com
>
> Ashok Ramani
> Davis Polk & Wardell LLP
> 1600 El Camino Real
> Menlo Park, California   94025
> ashok.ramani@davispolk.com

/s/*Traci L. Martinez*
One of the Attorneys for Plaintiff