IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc., <br><br> **Plaintiff,** <br><br> v. <br><br> **CLARIVATE, PLC; CLARIVATE ANALYTICS (US) LLC; PROQUEST LLC; and EX LIBRIS (USA), INC.,** <br><br> **Defendants.** | Case No. 2:22-cv-2470-JLG-KAJ <br><br> **Judge James L. Graham** <br><br> **Magistrate Judge Kimberly A. Jolson** |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(a) and for the reasons set forth on the record, Defendants Clarivate, Plc, Clarivate Analytics (US) LLC, ProQuest LLC, and Ex Libris (USA), Inc. ("Defendants"), and affiliates of the Defendants, are enjoined from:

1. contacting or communicating with OCLC WorldCat® customers about:

    a. downloading, uploading, linking to, transferring and/or otherwise sharing WorldCat® records or metadata directly from WorldCat® for MetaDoor (including any record which has a unique identifier of OCN), regardless of the OCLC WorldCat® customer's integrated library service or library service platform;

    b. partnering or assisting Defendants with developing MetaDoor to the extent these arrangements induce WorldCat® customers to download, upload, link to, transfer, and/or otherwise share records or metadata directly from WorldCat® for MetaDoor, as set forth above;

1

2. requesting any OCLC WorldCat® records and metadata ~~or records and metadata derived from the same~~ directly from WorldCat® for the use of MetaDoor; and

3. retaining~~, using,~~ or making available to the public any OCLC WorldCat® records and metadata ~~or records and metadata derived from~~ for the use of MetaDoor.

For the avoidance of doubt, Defendants are not enjoined from contacting or communicating with OCLC WorldCat® customers about transferring or otherwise sharing with other libraries or educational, cultural, or scholarly institutions records that exist in their own catalogs, irrespective of whether those records also exist in WorldCat® or contain the OCN identifier (or incorporate metadata that also exists in WorldCat®).

IT IS SO ORDERED.

| | |
|---|---|
| DATE | JAMES L. GRAHAM<br>UNITED STATES DISTRICT JUDGE |

2