IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OCLC ONLINE COMPUTER LIBRARY CENTER, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CLARIVATE, PLC,** *et al.***,**<br><br>**Defendants.** | Case No. 2:22-cv-2470-JLG-KAJ<br><br>**Judge James L. Graham**<br><br>**Magistrate Judge Kimberly A. Jolson** |

## ORDER

This matter is before the Court on the joint proposed plan for expedited discovery submitted by the parties, pursuant to the June 27, 2022, Notation Order (Doc. 32).  The Court **ADOPTS** the proposed deadlines in full, as follows:

1. Defendants shall serve their discovery requests on Plaintiff no later than **Thursday, June 30, 2022**.

2. The parties shall file a stipulated protective order by **Wednesday, July 6, 2022**.

3. Defendants will serve their written responses to Plaintiff's discovery requests by **July 12, 2022**.  Plaintiff will serve its written responses to Defendants' discovery requests by **July 21, 2022**.

4. The parties will substantially complete document discovery by **July 28, 2022**.

5. The parties will raise any disputes with the Court regarding written discovery or document productions no later than **August 2, 2022**.  In accordance with the local rules, the parties will meet and confer regarding any such disputes before raising them with the Court.

6. All depositions must be concluded by **August 7, 2022**. Depositions of the parties shall be limited to one deposition of the Plaintiff and one deposition of the Defendants, collectively, pursuant to Federal Rule of Civil Procedure 30(b)(6). Each such deposition shall not exceed a total of seven hours in duration.

7. The parties will disclose any witnesses they anticipate calling during the preliminary injunction hearing **3 business days** before the preliminary injunction hearing.

8. In place of any further briefing in opposition to and in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 4), the parties shall submit post-hearing briefs pursuant to a schedule and order set forth by the Court at the time of the preliminary injunction hearing.

9. Nothing herein shall be deemed a waiver of Defendants' position that the Court lacks personal jurisdiction over Defendants.

IT IS SO ORDERED.

Date: June 29, 2022  /s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE