THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OCLC, Inc.

v.

Clarivate, PLC et al.

Case No. 2:22-cv-2470
Judge: James L. Graham
Corporate Disclosure Statement

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Ex Libris (USA), Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ✔ YES       ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   Is a subsidiary of Clarivate PLC

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES       ✔ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.

/s/ Rachael L. Rodman
Signature of Counsel

07/06/2022
Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2022, the foregoing *Corporate Disclosure Statement of Ex Libris (USA), Inc.,* was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.  Parties and their counsel may access this filing through the Court's Electronic Case Filing System.

            /s/ *Rachael L. Rodman*
            Rachael L. Rodman (0073872)
            ULMER & BERNE LLP

            *Attorney for Defendants*