# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | Case No. 2:22-cv-2470-JLG-KAJ |
| **Plaintiff,** | Judge James L. Graham |
| v. | Magistrate Judge Kimberly A. Jolson |
| **CLARIVATE, PLC,** *et al.*, | |
| **Defendants.** | |

## JOINT MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and for good cause, Plaintiff OCLC, Inc. and Defendants Clarivate, PLC, Clarivate Analytics (US) LLC, ProQuest LLC, and Ex Libris (USA), Inc. (collectively, the "Parties") jointly request a continuation until either September 20-21 or September 21-22, 2022, of the hearing on Plaintiff's Motion for Preliminary Injunction, which is currently set for August 10-11, 2022, and an extension of the temporary restraining order ("TRO") until Plaintiff's Motion for Preliminary Injunction is resolved. The Parties request this continuance not for purposes of delay but in order to allow adequate time to pursue settlement negotiations.

On or around July 22, 2022, the Parties indicated a mutual desire to arrange a conference between high level representatives of the Parties for the purpose of exploring a potential settlement of the Parties' dispute. Given the logistics involved, the earliest available date on which the Parties could organize such a conference with key players in person was August 11, 2022. Because of the resulting conflict with the currently scheduled preliminary injunction hearing and, moreover, because the Parties believe that their efforts toward exploring a potential

settlement are best served by pausing their hearing preparations and instead focusing their energies on settlement discussions, the Parties wish to continue the preliminary injunction hearing to a date that is mutually agreeable to the Parties and to the Court.

After consultation among the Parties and with the Court, the Parties propose that the preliminary injunction hearing be continued until either September 20-21 or September 21-22, 2022 and that the Court extend the TRO until the Motion for Preliminary Injunction is resolved. The Parties have worked diligently to explore additional potential dates, both earlier and later, but due to witness availability, conflicting trial dates, and the Jewish high holidays, among other scheduling difficulties, they have been unable to identify any further mutually available dates within a reasonable timeframe. In the event that the Court does not grant this motion and/or cannot continue the hearing to the dates requested above, the Parties respectfully request a brief telephonic status conference with the Court to identify alternative dates.

A proposed order granting this motion is attached for the Court's convenience. Once this motion is resolved, the parties will submit a revised discovery schedule for Magistrate Judge Jolson's approval.

Respectfully submitted,

| /s/ *Traci L. Martinez* | /s/ *Rachael L. Rodman* |
|---|---|
| Traci L. Martinez (0083989), Trial Attorney | Rachael L. Rodman (0073872), Trial Attorney |
| Jeffrey M. Walker (0096567) | ULMER & BERNE LLP |
| Kathryn M. Brown (0100426) | 65 East State Street, Suite 1100 |
| SQUIRE PATTON BOGGS (US) LLP | Columbus, OH 43215 |
| 2000 Huntington Center | Tel.: (614) 229-0038 |
| 41 South High Street | Fax: (614) 229-0039 |
| Columbus, Ohio 43215 | rrodman@ulmer.com |
| Telephone: +1 614 365 2700 | |
| Facsimile: +1 614 365 2499 | Michael N. Ungar (0016989) |
| traci.martinez@squirepb.com | Nicholas B. Wille (0084604) |
| jeffrey.walker@squirepb.com | ULMER & BERNE, LLP |
| kathryn.brown@squirepb.com | 1660 West Second Street, Suite 1100 |
| | Cleveland, OH 44113 |
| Ronald S. Lemieux (*pro hac vice* pending) | 216.583.7000 (telephone) |
| SQUIRE PATTON BOGGS (US) LLP | 216.583.7001 (facsimile) |
| 1801 Page Mill Road, Suite 110 | nwille@ulmer.com |
| Palo Alto, CA 94304 | |
| United States of America | Brian S. Weinstein, pro hac vice |
| T +1 650 856 6500 | Daniel J. Schwartz, pro hac vice |
| F +1 650 843 8777 | Sean M. Stefanik, pro hac vice |
| ronald.lemieux@squirepb.com | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| *Attorneys for Plaintiff* | New York, NY 10017 |
| | (212) 450-4000 |
| | brian.weinstein@davispolk.com |
| | daniel.schwartz@davispolk.com |
| | sean.stefanik@davispolk.com |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of this document was served via the Court's CM/ECF system on August 1, 2022 and has thus been served automatically on all counsel of record.

*/s/ Rachael L. Rodman*
Trial Attorney for Defendants
