# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | Case No. 2:22-cv-2470-JLG-KAJ |
| Plaintiff, | Judge James L. Graham |
| v. | Magistrate Judge Kimberly A. Jolson |
| **CLARIVATE, PLC,** *et al.*, | |
| Defendants. | |

## ORDER

This matter is before the Court on the joint proposed amendment to the plan for expedited discovery submitted by the parties on August 3, 2022. The Court **ADOPTS** the proposed deadlines in full, and amends its June 29, 2022 Order (ECF No. 36) as follows.

1. The parties will raise any disputes with the Court regarding written discovery or document productions no later than **August 26, 2022**. In accordance with the local rules, the parties will meet and confer regarding any such disputes before raising them with the Court.

2. The parties will disclose any expert witnesses and provide a summary of the opinions to be offered by **August 31, 2022**.

3. All Federal Rule of Civil Procedure 30(b)(6) depositions must be concluded by **September 9, 2022**. Depositions of the parties shall be limited to one deposition of the Plaintiff and one deposition of the Defendants, collectively, pursuant to Rule 30(b)(6). Each such deposition shall not exceed a total of seven hours in duration.

4. The parties will disclose any witnesses they anticipate calling during the preliminary injunction hearing by **September 15, 2022**.

5. In place of any further briefing in opposition to and in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 4), the parties shall submit post-hearing briefs pursuant to a schedule and order set forth by the Court at the time of the preliminary injunction hearing.

6. Nothing herein shall be deemed a waiver of Defendants' position that the Court lacks personal jurisdiction over Defendants.

IT IS SO ORDERED.


August 5, 2022                                             s/Kimberly A. Jolson
Date                                                              KIMBERLY A. JOLSON
                                                                     UNITED STATES MAGISTRATE JUDGE