# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc., | Case No. 2:22-cv-2470-JLG-KAJ |
| Plaintiff, | Judge James L. Graham |
| v. | Magistrate Judge Kimberly A. Jolson |
| CLARIVATE, PLC, *et al.*, | |
| Defendants. | |

## CASE SCHEDULE

The Court **VACATES** the scheduling conference set for October 13, 2022, and **ADOPTS** the following schedule, which was submitted by Plaintiff OCLC, Inc. and Defendants Clarivate, Plc, Clarivate Analytics (US) LLC, ProQuest LLC, and Ex Libris (USA) Inc.

| | |
|---|---|
| November 23, 2022 | Plaintiff files amended complaint. |
| December 16, 2022 | Defendants answer, plead, or otherwise move in response to the amended complaint. |
| January 20, 2023 | Plaintiff files opposition to motion to dismiss, if any. |
| February 10, 2023 | Defendants file reply in support of motion to dismiss, if any. |
| June 2, 2023 | Fact discovery closes. |
| June 30, 2023 | Opening reports due for expert witnesses. |
| July 31, 2023 | Rebuttal reports due for expert witnesses. |
| August 31, 2023 | Expert depositions completed. |
| September 14, 2023 | Dispositive motion cut-off. |

IT IS SO ORDERED.


Date:  October 12, 2022                              /s/ Kimberly A. Jolson
                                                     KIMBERLY A. JOLSON
                                                     UNITED STATES MAGISTRATE JUDGE