# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,**  <br>　　　　Plaintiff,  <br>　v.  <br>**CLARIVATE, PLC, et al.,**  <br>　　　　Defendants. | **Case No. 2:22-cv-2470-JLG-KAJ**  <br><br>**Judge James L. Graham**  <br><br>**Magistrate Judge Kimberly A. Jolson** |

**Joint Stipulation of Dismissal with Prejudice and Agreed Termination of TRO**

This matter has settled pursuant to a confidential written settlement agreement. Accordingly, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff OCLC, Inc. ("OCLC") and Defendants Clarivate, Plc, Clarivate Analytics (US) LLC, ProQuest LLC, and Ex Libris (USA), Inc. (collectively, "Defendants") jointly stipulate to the dismissal ***with prejudice*** of this lawsuit in its entirety, including the claims and relief sought by OCLC against Defendants, and the termination of the Court's Temporary Restraining Order, entered June 27, 2022, which was converted to a preliminary injunction by agreement of the Parties and order of the Court on September 16, 2022 (ECF No. 49). The parties also jointly stipulate that each party is to bear its own costs and expenses, including attorneys' fees.

**JOINTLY STIPULATED AND
AGREED TO BY:**

/s/ *Traci L. Martinez*

Traci L. Martinez (0083989), Trial Attorney
Jeffrey M. Walker (0096567)
Kathryn M. Brown (0100426)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499
traci.martinez@squirepb.com
jeffrey.walker@squirepb.com
kathryn.brown@squirepb.com

Ronald S. Lemieux (pro hac vice pending)
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
United States of America
T +1 650 856 6500
F +1 650 843 8777
ronald.lemieux@squirepb.com

*Attorneys for Plaintiff*

/s/ *Rachael L. Rodman*

Rachael L. Rodman (0073872), Trial Attorney
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, OH 43215
Tel.: (614) 229-0038
Fax: (614) 229-0039
rrodman@ulmer.com

Michael N. Ungar (0016989)
Nicholas B. Wille (0084604)
ULMER & BERNE, LLP
1660 West Second Street, Suite 1100
Cleveland, OH 44113
216.583.7000 (telephone)
216.583.7001 (facsimile)
nwille@ulmer.com

Brian S. Weinstein, pro hac vice
Daniel J. Schwartz, pro hac vice
Sean M. Stefanik, pro hac vice
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
brian.weinstein@davispolk.com
daniel.schwartz@davispolk.com
sean.stefanik@davispolk.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served via the Court's CM/ECF system on November 7, 2022 and has thus been served automatically on all counsel of record.

*/s/ Traci L. Martinez*
Trial Attorney for Defendants
