IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OCLC, Inc.,

       Plaintiff,                                 Case No. 2:22-cv-2470
                                                    Judge James L. Graham
    v.                                     Magistrate Judge Kimberly A. Jolson

Clarivate, PLC, *et al.*,

       Defendants.

<u>Amended Order Releasing Civil Bond</u>

The Court hereby GRANTS the unopposed motion of Plaintiff OCLC, Inc. to release the $50,000 bond it posted with the Registry of the Court on about June 28, 2022. The Clerk of Court is directed to release the $50,000 bond, along with any interest accrued, to OCLC, Inc. in care of its legal counsel at the address below:

    SQUIRE PATTON BOGGS (US) LLP
    2000 Huntington Center
    41 South High Street
    Columbus, Ohio 43215

It is so ordered.

                                                                                 <u>s/ James L. Graham</u>
                                                                                 JAMES L. GRAHAM
                                                                                  United States District Judge

DATE: April 22, 2025